IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

     v.                                            Case No. 2:05-cr-55-2

Allen McBride


Date of Original Judgment: October 20, 2005

Date of Previous Amended Judgment: June 13, 2008

ORDER ON MOTION FOR REDUCTION OF SENTENCE

     This matter is before the court on the defendant's motion
under 18 U.S.C. §3582(c)(2) for a reduction in the term of
imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States
Sentencing Commission pursuant to 28 U.S.C. §994(u). The motion
was originally filed as a disputed case, and the government
requested and was granted a stay to further investigate the
circumstances of the case. Defense counsel later filed a notice
that the case was no longer disputed, and that there is no further
need for a stay. Accordingly, the stay previously imposed is
hereby lifted.

     Defendant was convicted of Count 1 of the indictment,
conspiracy in violation of 21 U.S.C. §846, and was sentenced to a
term of incarceration of 132 months. Based on a previous reduction
of the guideline sentencing range in 2008, defendant's sentence was
reduced to a term of incarceration of 130 months. Defendant now
seeks a reduction of the term of incarceration previously imposed
on Count 1 in light of Amendment 748 to the United States
Sentencing Guidelines ("U.S.S.G.").

     The parties agree that defendant meets the Sentencing

Commission's eligibility requirements for the retroactive application of Amendment 748 to his case. The parties further agree that defendant's early release would not present a danger to the safety of the public. The parties jointly recommend that defendant's sentence on Count 1 be reduced to a sentence of 120 months incarceration.

Whether to grant a reduction of sentence pursuant to §3582(c)(2) is within the discretion of the court. <u>United States v. Ursery</u>, 109 F.3d 1129, 1137 (6th Cir. 1997). In considering whether a reduced sentence is appropriate, this court must consider the factors in 18 U.S.C. §3553(a) to the extent that they are applicable. §3582(c)(2).

Having considered the motion, and taking into account the policy statement set forth in U.S.S.G. §1B1.10 and the sentencing factors set forth in §3553(a), the motion is hereby granted. The sentence of imprisonment of 130 months previously imposed in the last amended judgment dated June 13, 2008, is reduced to a sentence of 120 months incarceration on Count 1.

However, the reduced term of imprisonment ordered pursuant to §3582(c)(2) may not be less than the term of imprisonment the defendant has already served. United States Sentencing Guidelines §1B1.10(b)(2)(C). Therefore, if the reduction of 10 months ordered in this case is greater than the amount of time remaining to be served by the defendant prior to the defendant's release date, then the defendant's sentence will be reduced by the amount of time remaining until defendant's release date, in other words, to time served.

Except as provided above, all other provisions of the judgment previously entered in this case shall remain in effect.

It is so ordered.

                                           s\James L. Graham
                                   James L. Graham
                                   United States District Judge

Order Date: January 18, 2012

Effective Date: January 28, 2012